# IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| IN THE MATTER OF: D. D. W., A MINOR. | No. 77726 |

ERIC CLAYTON,
Appellant,
vs.
JANICE SANDS; AND SARGE WASSEL,
Respondents.

FILED

FEB 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on December 26, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Charles J. Hoskin, District Judge, Family Court Division
Eric Clayton
Hutchison & Steffen, LLC/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-06359